## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 17-1033 (AMD) |
| | : | |
| v. | : | Hon. Ann Marie Donio |
| | : | |
| FRANK NUCERA, JR. | : | |
| | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of William E. Fitzpatrick, the Acting United States Attorney for the District of New Jersey (Molly S. Lorber and Sarah M. Wolfe, Assistant United States Attorneys, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date, and for good cause shown,

IT IS on this 31st day of October, 2017,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of the defendant or until further Order of this Court.

_____
Honorable Ann Marie Donio
United States Magistrate Judge