# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 17-1033 (AMD) |
| | : | |
| v. | : | Hon. Ann Marie Donio |
| | : | |
| FRANK NUCERA, JR. | : | |
| | : | **UNSEALING ORDER** |

This matter having come before the Court on the application of the United States of America (Molly S. Lorber, Assistant U.S. Attorney, appearing) for an order unsealing the complaint on the docket in the above captioned case, and the Government having represented that the defendant has been arrested, and the complaint having been unsealed by virtue of that arrest; and for good cause shown,

IT IS ON this 1st day of November, 2017,

ORDERED that the docket shall reflect that the complaint in the above-captioned matter is unsealed.

_____
HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE