# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

November 1, 2017

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** ECR

**Title of Case:**  Case No. 17mj1033(AMD)
UNITED STATES OF AMERICA
         V.
FRANK NUCERA, JR.

**DEFENDANT PRESENT**

**Appearances:** Molly Lorber, AUSA for Government
Tracy Riley, Esq. for defendant
Nailah Green, U.S. Pretrial Services

**Nature of Proceedings:** Initial Appearance
Defendant advised of rights, charges and penalties
Defendant waives formal reading of the complaint
Hearing on joint application to set bail
Ordered application granted
Ordered bail set in the amount of $500,000 unsecured with conditions
Order Setting Conditions of Release to be entered.
Defendant waives preliminary hearing
Ordered defendant released after processing.

s/Susan Bush
Deputy Clerk

Time Commenced: 1:50 p.m.
Time Adjourned: 2:08 p.m.

Total Time in Court: 18 mins.